**Electronically Filed
Supreme Court
SCWC-30025
03-AUG-2011
03:24 PM**

NO. SCWC-30025

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEAN YOUNG, Petitioner/Plaintiff-Appellant

vs.

DAN DUDDEN, Respondent/Defendant-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. CASE NO. 1RC08-1-9942)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

June 23, 2011 by Petitioner/Plaintiff-Appellant Dean Young is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 3, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Dean Young, petitioner/
plaintiff-appellant
*pro se*, on the application.

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, JJ., and Circuit Judge Toʻotoʻo in place of McKenna, J., recused.